# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01999-GPG
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

HAROLD J. NICHOLSON,

     Plaintiff,

v.

JOHN O. BRANNON, Director Central Intelligence Agency (CIA),
LORETTA LYNCH, US Attorney General, and
TWO UNKNOWN CIA EMPLOYEES,

     Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

On September 11, 2015, Plaintiff submitted to the Court a Prisoner Complaint

and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C.

§ 1915.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court

has determined that the § 1915 Motion is deficient as described in this Order.  Plaintiff

will be directed to cure the following if he wishes to pursue any claims in this Court in

this action.  Any papers that Plaintiff files in response to this Order must include the civil

action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    _X_    the certified copy of prisoner's trust fund statement is not for the **6-month
                 period immediately preceding** this filing
(4)    ___    is missing certificate showing current balance in prison account
(5)    ___    is missing required financial information
(6)    ___    is missing authorization to calculate and disburse filing fee payments
(7)    ___    is missing an original signature by the prisoner
(8)    ___    is not on proper form

(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) ___  other:

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) ___  is not on proper form (Plaintiff may find the Court-approved forms at www.cod.uscourts.gov.)
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED September 15, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge