**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01999-GPG

HAROLD J. NICHOLSON,

    Plaintiff,

v.

JOHN O. BRANNON, Director Central Intelligence Agency (CIA),
LORETTA LYNCH, US Attorney General, and
TWO UNKNOWN CIA EMPLOYEES,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On October 1, 2015, Plaintiff filed a "Request for Copy of Court Filing," ECF No. 6. Plaintiff seeks a copy of the "lawsuit with exhibits D through L that was filed to be certain that it is complete." The portion of the document Plaintiff requests to be photocopied is found in ECF No. 1 and is fifty-eight pages long. Photocopies are $.50 per page and the amount owed is to be paid in advance.

    The Clerk of the Court is directed to send a "Copy Notice" to Plaintiff regarding his request for photocopies. The Request, therefore, is order terminated.

Dated: October 2, 2015