# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01999-GPG

HAROLD J. NICHOLSON,

    Plaintiff,

v.

JOHN O. BRANNON, Director Central Intelligence Agency (CIA),
LORETTA LYNCH, US Attorney General, and
TWO UNKNOWN CIA EMPLOYEES,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The Clerk of the Court is directed to terminate ECF No. 4 pursuant to the Court's October 28, 2015 Order denying Plaintiff's request to submit information under seal as moot because Plaintiff has been directed to amend his Complaint.

Dated: November 2, 2015