**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01999-GPG

HAROLD J. NICHOLSON,

    Plaintiff,

v.

JOHN O. BRENNAN, Director, Central Intelligence Agency (CIA),
LORETTA LYNCH, US Attorney General, and
TWO UNKNOWN CIA EMPLOYEES,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On January 25, 2016, Plaintiff filed a Motion to Vacate Notice of Appeal, ECF No. 22, and a Motion to Compel Discovery, ECF No. 21.   The Motion to Vacate is denied as improperly filed in this Court.   The Motion to Compel is denied as premature. Plaintiff was directed in the October 28, 2015 Order to Amend, there are other ways to identify a named defendant if he does not have a badge number, such as date and time of incident. Furthermore, Plaintiff indicates he knows how to secure the badge numbers.   Therefore, he can request the information.

Dated:   January 26, 2016