**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 15-cv-01999-RM-KLM

HAROLD J. NICHOLSON,

    Plaintiff,

v.

JOHN O. BRENNAN, Director Central Intelligence Agency (CIA),
LORETTA LYNCH, U.S. Attorney General, and
TWO UNKNOWN CIA EMPLOYEES,

    Defendants.

---

## ORDER

---

    The Court has granted Plaintiff leave to proceed *in forma pauperis*. (ECF No. 10.) Plaintiff has only provided a partial address for Defendant Brennan; therefore, it is unclear to the Court whether this address will be sufficient to effectuate service on this Defendant. However, because the Court has granted Plaintiff leave to proceed *in forma pauperis*, the Court will order the Clerk of the Court to attempt service on Defendant Brennan based on the information provided. *See* Fed. R. Civ. P. 4(c)(3). If service cannot be completed on this Defendant based on the information provided, Plaintiff may be required to provide a complete address for service on Defendant Brennan. Accordingly,

    IT IS HEREBY **ORDERED** that the Clerk of the Court shall serve the summons, Amended Complaint, and all orders of the court on: (1) the United States in accordance with Fed. R. Civ. P. 4(i)(1); and (2) Defendant Brennan in accordance with Fed. R. Civ. P. 4(i)(2), by registered or certified mail. All costs of service shall be advanced by the United States; and

2

IT IS FURTHER **ORDERED** that Defendant Brennan shall respond to the Amended Complaint as provided for in the Federal Rules of Civil Procedure after service of process on him.

DATED this 20th day of April, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge